IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    NO. 4:05CR00103 JLH

MARCUS MILLER                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion of Marcus Miller to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

IT IS SO ORDERED this 7th day of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE